United States District Court
Southern District of Texas
FILED
DEC 0 8 2005
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED
DEC 12 2005
Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. L-05-1041-01<br>REG. NO. 50491-179 |
| DEBRA TERAN | § | |

### AMENDED SUPPLEMENT ORDER ON GOVERNMENT'S MOTION FOR DEFENDANT'S PSYCHIATRIC AND PSYCHOLOGICAL EVALUATION

On October 27, 2005, the Court ordered that Defendant Debra Teran surrender to the Carswell Federal Medical Center in Fort Worth, Texas in order that a psychiatric and psychological examination be conducted.

IT IS FURTHER ORDERED that the report address whether the Defendant suffers from a diminished capacity, significantly reducing her mental capacity by impairing her ability to (A) understand the wrongfulness of her behavior comprising the offense or to exercise the power of reason: or (B) control behavior that the defendant knows is wrongful. Upon completion of Defendant's Psychiatric and Psychological evaluation, she is to be released from the Federal Medical Center in Fort Worth, Texas, to continue on bond with conditions reinstated.

SO ORDERED at Laredo, Texas, this 8th day of December, 2005.

U.S. MARSHAL'S OFFICE
BY: O. Quain
DATE: 12/12/05
TIME: 9:45

HONORABLE MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE